| United States Bankruptcy Court<br>Eastern District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karp, Alexander Steven** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Karp, Jill Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jill M. VanAsten** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**8237** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**5814** |
| Street Address of Debtor (No. & Street, City, and State)<br>**1719 Dublin Trail #54**<br>**Neenah, WI**    ZIPCODE **54956** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1719 Dublin Trail #54**<br>**Neenah, WI**    ZIPCODE **54956** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor** (Form of Organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**

(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

United States Bankruptcy Court
RECEIVED
APR - 3 2006
Mail

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Alexander Steven Karp, Jill Marie Karp** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐　Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _(signature)_　　　　　3/29/06 <br> Signature of Attorney for Debtor(s)　　　Date <br> **Robert J. Sisson**　　　　　　　　　**1031127** |
|---|---|

| **Exhibit C** <br> Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐　　Yes, and Exhibit C is attached and made a part of this petition. <br> ☑　　No | **Certification Concerning Debt Counseling** <br> **by Individual/Joint Debtor(s)** <br> ☑　I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. <br> ☐　I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|

**Venue** (Check any applicable box)

☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** <br> *Check all applicable boxes.* |
|---|

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

| Voluntary Petition | Name of Debtor(s): **Alexander Steven Karp, Jill Marie Karp** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Alexander Steven Karp**

X _____
Signature of Joint Debtor **Jill Marie Karp**

_____
Telephone Number (If not represented by attorney)

03/29/06
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Robert J. Sisson, 1031127**

Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office of Robert J. Sisson**
Firm Name

**103 W. College Ave. Suite 1010**
Address

**Appleton, WI 54911**

920-993-7777                    920-993-8252
Telephone Number

3-29-06
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

_____
Address

_____

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
# Eastern District of Wisconsin

In re  **Alexander Steven Karp    Jill Marie Karp** _____    Case No. _____

Debtors

Chapter  __7__

# SUMMARY OF SCHEDULES

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $         0.00 | | |
| B - Personal Property | YES | 4 | $    23,866.50 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    49,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $     4,666.86 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $     1,864.85 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     3,204.86 |
| Total | | | $    23,866.50 | $    53,666.86 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Alexander Steven Karp   Jill Marie Karp**                           Case No. _____

_____

                              Debtors                    Chapter   **7**   _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

FORM B6A

(10/05)

In re: **Alexander Steven Karp   Jill Marie Karp** _____, Case No. _____

(If known)

**Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ | 0.00

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  Alexander Steven Karp    Jill Marie Karp _____    Case No. _____
                          Debtors                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Evergreen Credit Union**<br><br>**Checking $42.00**<br>**Acct.# 593-087** | J | 42.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Navy Federal Credit Union**<br><br>**Savings**<br>**Acct.# 2545337-004** | J | 5.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit for Apartment**<br><br>**Premier Management**<br>**#R1701 #54** | J | 399.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Couch  80.00**<br>**Coffee Table  20.00**<br>**Entertainment Center  40.00**<br>**TV  65.00**<br>**Lamps  20.00**<br>**Bed  40.00**<br>**Dresser  30.00**<br>**Night Stand  25.00** | J | 320.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re **Alexander Steven Karp   Jill Marie Karp** _____     Case No. _____

Debtors                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

In re  Alexander Steven Karp    Jill Marie Karp _____    Case No. _____

                                Debtors                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford Mustang** | J | 6,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 GMC Sierra** | J | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

Form B6B-Cont.
(10/05)

In re  Alexander Steven Karp    Jill Marie Karp _____        Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | 3 | continuation sheets attached | Total ➤ | $ 23,866.50 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)



## WISCONSIN
### Certificate of Vehicle Registration

| | | | | | |
|---|---|---|---|---|---|
| | | | Product Number | Registration Number | |
| | | | 13384052554 | 05255H30148 | |

| Plate Number | Registration | Chassis | Gross Weight | Period | Color |
|---|---|---|---|---|---|
| DH8616 | LTK LTK | TRUK | 8000 | A | |

| Vehicle Identification Number | Year | Make | Expiration Date | Amount Received |
|---|---|---|---|---|
| 2GTEK19T911348792 | 2001 | GMC | 08/31/2006 | $ 77.50 |

C OF R MUST BE IN VEHICLE AT ALL TIMES

PRIVATE CARRIER

This Registration Certificate is not a Title. Not Valid for Transfer of Ownership.

Contact the    414-266-1148
Division of Motor 608-261-2583
Vehicles at:    800-924-3570
www.dot.wisconsin.gov

KARP JILL M
1719 DUBLIN TRL #54
NEENAH, WI 54956



## WISCONSIN
### Certificate of Vehicle Registration

0000000

| | | | | | |
|---|---|---|---|---|---|
| | | | Product Number | Registration Number | |
| | | | 70449052760 | 05276H30149 | |

| Plate Number | Registration | Chassis | Gross Weight | Period | Color |
|---|---|---|---|---|---|
| 826JZN | AUT AUT | AUTO | | A | WHITE |

| Vehicle Identification Number | Year | Make | Expiration Date | Amount Received |
|---|---|---|---|---|
| 1FAFP42X2YF225607 | 2000 | FORD | 10/02/2006 | $ 105.00 |

This Registration Certificate is not a Title. Not Valid for Transfer of Ownership.

Contact the    414-266-1148
Division of Motor 608-261-2583
Vehicles at:    800-924-3570
www.dot.wisconsin.gov



KARP ALEXANDER S
1719 DUBLIN TRL #54
NEENAH, WI 54956

 

# WISCONSIN CERTIFICATE OF TITLE

| Vehicle Identification Number | | Year | Make |
|---|---|---|---|
| 1FAFP42X2YF225607 | | 2000 | FORD |

| Title Number | Issue Date | Chassis Type | Odometer Reading | Odometer Status | Odometer Date |
|---|---|---|---|---|---|
| 05276H30149 - | 10/03/2005 | AUTO | 81 | ACTUAL | 10/03/2005 |

| Product Number | Body Style | Color |
|---|---|---|
| 74610052763 | COUPE | WHITE |

**Titled Owner(s)**

KARP ALEXANDER S
1719 DUBLIN TRL #54
NEENAH, WI 54956

The person, firm or corporation named on this Title is the lawful owner of the vehicle described, subject to any Security Interest (liens) shown. The order in which the Lien Holders appear on this Title does not necessarily represent their priority. The Wisconsin Department of Transportation will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors in reporting mileage, brand disclosures or the history of the vehicle. The department has no actual knowledge about the history of the vehicle and makes no warranty that the title brands or mileage disclosures on prior titles have been carried forward onto this document.

1FAFP42X2YF225607

**Lien Holder(s)**

00044174    NAVY FEDERAL CREDIT UNION, MERRIFIELD

**Additional Vehicle Detail**

PREVIOUSLY TITLED IN: VA

**SELLER:** When the vehicle is sold, complete the ASSIGNMENT OF CERTIFICATE OF TITLE on the top back of this title and deliver the title to the purchaser with the vehicle. You may wish to retain a copy of this title with the purchaser's information and signature as proof of sale for your records.

**PURCHASER:** Apply for a new title with the Wisconsin Division of Motor Vehicles immediately. To legally operate this vehicle, you are required to register it with the Division of Motor Vehicles.

**MAIL ADDRESS:**
Wisconsin Department of Transportation
PO Box 7949, Madison, WI 53707-7949

18

**QUESTIONS:**
Contact the Division of Motor Vehicles at:
414-266-1148, 608-261-2583, 800-924-3570
www.dot.wisconsin.gov

5-1-1179875
T055 5/2004
471440

**KEEP IN SAFE PLACE**          **DO NOT KEEP IN VEHICLE**

In re  **Alexander Steven Karp   Jill Marie Karp** _____   Case No. _____
                              Debtors                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $125,000.
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Couch  80.00<br>Coffee Table  20.00<br>Entertainment Center  40.00<br>TV  65.00<br>Lamps  20.00<br>Bed  40.00<br>Dresser  30.00<br>Night Stand  25.00 | 11 USC § 522(d)(3) | 320.00 | 320.00 |
| Navy Federal Credit Union<br><br>Savings<br>Acct.# 2545337-004 | 11 USC § 522(d)(5) | 5.50 | 5.50 |
| Security Deposit for Apartment<br><br>Premier Management<br>#R1701 #54 | 11 USC § 522(d)(5) | 399.00 | 399.00 |

FORM B6D
(10/05)

In re: **Alexander Steven Karp   Jill Marie Karp** _____   Case No. _____

_____
Debtors                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **430000472752-02**<br>**Navy Federal Credit Union**<br>**PO Box 3100**<br>**Merrifield, VA 22119-3100** | | | Auto Loan<br>2000 Ford Mustang<br><br>VALUE $6,000.00 | | | | 25,000.00 | 25,000.00 |
| ACCOUNT NO.   **100700001248710**<br>**Wachovia Dealer Financial Services**<br>**PO Box 530554**<br>**Atlanta, GA 30353-0554** | | | 07/17/2004<br>Auto loan<br>2001 GMC Sierra<br><br>VALUE $17,000.00 | | | | 24,000.00 | 7,000.00 |

<u>0</u> Continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal ➢<br>(Total of this page) | | $49,000.00 |
| Total ➢<br>(Use only on last page) | | $49,000.00 |

(Report total also on Summary of Schedules)

In re  **Alexander Steven Karp    Jill Marie Karp** _____     Case No. _____
_____                                    (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the
   parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support
   claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
   before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
   owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding
   the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
   11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
   petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
   U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
   family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
   U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
   or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
   an insured depository institution.  11 U.S.C. § 507(a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was
   intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
   after the date of adjustment.

<u>1</u>  Continuation sheets attached

In re   **Alexander Steven Karp    Jill Marie Karp**        Case No. _____
                          Debtors                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

| | Subtotal (Total of this page) ➤ | $0.00 | $0.00 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) ➤ | $0.00 | $0.00 |

(Report total also on Summary of Schedules)

Form B6F (10/05)

In re  **Alexander Steven Karp    Jill Marie Karp** _____    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4319-0400-1151-4837**<br><br>**Bank of America**<br>**PO Box 650260**<br>**Dallas, TX 75265-0260** | | W | **Revolving Credit, Consumer Goods**<br><br>**last time used 4/2004** | | X | | 2,780.70 |
| ACCOUNT NO.<br><br>**Consumer Credit Card Division**<br>**PO Box 2930**<br>**Phoenix, AZ 85062** | | W | **Collector for Bank of America** | | X | | 0.00 |
| ACCOUNT NO.   **30944388985814**<br><br>**FMU Online/Corinthian College**<br>**PO Box 7031**<br>**Tarzana, CA 91357-7031** | | W | **Signature Loan**<br><br>**6/2005** | | X | | 243.97 |
| ACCOUNT NO.   **309544388985814**<br><br>**National Loan Servicing Center**<br>**PO Box 7031**<br>**Tarzana, CA 91357-7031** | | W | **Signature Loan**<br><br>**5/2005** | | X | | 243.97 |
| ACCOUNT NO.   **various**<br><br>**Quest Niagnostics/Dr. Gamig**<br>**PO Box 41652**<br>**Philadelphia, PA 19101-1652** | | W | **Medical Treatment** | | X | | 945.98 |

            1   Continuation sheets attached

                                                    Subtotal  ➤        $4,214.62

                                                    Total  ➤
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules)

In re  **Alexander Steven Karp    Jill Marie Karp**                                    Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **122927**<br><br>**Stayin' Alive Fitness**<br>**6185 Jog Rd.**<br>**Lake Worth, FL 33467** | | W | **Fitness Membership**<br><br>**4/2005** | | X | | 452.24 |

Sheet no. <u>1</u> of <u>1</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$452.24** |
| Total ➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules) | **$4,666.86** |

Form B6G
(10/05)

In re: ·Alexander Steven Karp    Jill Marie Karp _____ ,    Case No. _____
                                              Debtors                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Premier<br>12630 W. North Ave.<br>Brookfield, WI 53005 | Lease |

Form B6H
(10/05)

In re: **Alexander Steven Karp   Jill Marie Karp**                     Case No. _____

_____                                              (If known)
                            **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
|  |  |

Form B6I
(10/05)

In re **Alexander Steven Karp Jill Marie Karp**_____     Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Son** | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Correctional Officer** | **Unemployed** |
| Name of Employer | **State of Wisconsin** | |
| How long employed | **2 months** | |
| Address of Employer | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| 1. Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly.) | $ 2,295.28 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,295.28 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 430.43 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 430.43 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,864.85 | $ 0.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ $0.00 | $ $0.00 |
| 15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14 | $ 1,864.85 | $ 0.00 |

16. TOTAL COMBINED MONTHLY INCOME _____**$ 1,864.85**_____     (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
                                                **NONE**

In re **Alexander Steven Karp Jill Marie Karp**      Case No. _____

                   **Debtors**                                     (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 689.00 |
|      a. Are real estate taxes included?    Yes _____ No ✓ | | |
|      b. Is property insurance included?    Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 70.00 |
|            b. Water and sewer | $ | 50.00 |
|            c. Telephone | $ | 60.00 |
|            d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 475.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | $ | 0.00 |
|          b. Life | $ | 0.00 |
|          c. Health | $ | 0.00 |
|          d. Auto | $ | 96.00 |
|          e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | $ | 979.86 |
|          b. Other | $ | 0.00 |
| 14. Alimony, maintenance or support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Baby Expenses** | $ | 150.00 |
|          **Non-Food Essential** | $ | 75.00 |
|          **School Expenses** | $ | 25.00 |
| | | |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,204.86 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|          a. Total monthly income from Line 16 of Schedule I | $ | 1,864.85 |
|          b. Total monthly expenses from Line 18 above | $ | 3,204.86 |
|          c. Monthly net income (a. minus b.) | $ | -1,340.01 |

Official Form 6 - Decl.
(10/05)

In re  **Alexander Steven Karp    Jill Marie Karp**                          Case No.  _____

                                    **Debtors**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____

                                                                                    (Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _03/29/06_                                    Signature:  _____

                                                                                **Alexander Steven Karp**

Date:  _3/29/06_                                      Signature:  _____

                                                                                **Jill Marie Karp**

                                                        [If joint case, both spouses must sign]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

                                                (NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Wisconsin**

In re: **Alexander Steven Karp   Jill Marie Karp** _____,     Case No. _____

                                                    Debtors                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 48,294.00 | **Employment Income** | **2004** |
| 55,681.34 | **Employment Income** | **2005** |
| 4,529.19 | **Employment Income** | **2006** |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.   *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

' List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FISC<br>921 Midway Rd.<br>Menasha, WI 54952 | 2/24/2006 | $100.00<br>Counseling Session |
| Law Office of Robert J. Sisson<br>103 W. College Ave.<br>Suite 1010<br>Appleton, WI 54911 | 2/7/2006   500.00<br>2/24/2006  774.00 | $1000.00  Attorney Fee<br>$274.00  Filing Fee |

## 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

| Bank of America | Checking | $15.00 |
|---|---|---|
| Military Trail | Savings | |
| FL | | |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 7861 Venture Center Way #3210 Baynton Beach, FL 33437 | Alex & Jill Karp | 3/2005 - 10/2005 |
| 9577 Cherry Blossom Terr. Boynton Beach, FL 33437 | Alex Karp & Jill Van Asten | 10/2004 - 3/2005 |

## 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Anna Lisa Menard**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| | | | | |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|
| | |

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  03/29/06          Signature of Debtor   _Alexander Steven Karp_

Date  3/29/06           Signature of Joint Debtor   _Jill Marie Karp_

Form B22A (Chapter 7) (10/05)

| In re | Alexander Steven Karp, Jill Marie Karp |
| | Debtor(s) |

Case Number: _____
(If known)

| Check the box as directed in Parts I, III, and VI of this statement. |
| ☐ Presumption arises |
| ☒ Presumption does not arise |

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
## FOR USE IN CHAPTER 7

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS | |
|---|---|
| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the "Presumption does not arise" box at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| Part II. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-10.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-10.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-10.**<br>d. ☒ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-10.** | | | |

| | | COLUMN A DEBTOR'S INCOME | COLUMN B SPOUSE'S INCOME |
|---|---|---|---|
| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $1,535.85 | $933.66 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross Receipts — $ 0.00 | | |
| | b. Ordinary and necessary business expenses — $ 0.00 | | |
| | c. Business income — Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross Receipts — $ 0.00 | | |
| | b. Ordinary and necessary business expenses — $ 0.00 | | |
| | c. Business income — Subtract Line b from Line a | $0.00 | $0.00 |
| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
| 8 | **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include contributions from the debtor's spouse if Column B is completed. | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ _____  Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount.<br><br>a. [                                ] $<br><br>Total and enter on Line 10. | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $1,535.85 | $933.66 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $  2,469.51 | |

| | Part III.  APPLICATION OF § 707(b)(7) EXCLUSION | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $29,634.12 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: **WI** _____  b. Enter debtor's household size: **3** | $58,135.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

| | Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2) | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $2,469.51 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter the amount of the income listed in Line 10, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents. If you did not check box at Line 2.c, enter zero. | $0.00 |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $2,469.51 |

| | Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2) | |
|---|---|---|
| | Subpart A: Deductions under Standards of the Internal Revenue Service (IRS) | |
| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 20 | **Local Standards: housing and utilities.** Enter amount from the IRS Housing and Utilities Standards for the applicable county and family size. (This information is available at www.irs.gov; www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **Do not include payments on secured debts, such as mortgage payments, to the extent that they are accounted for in the IRS Housing and Utilities Standards.** | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more.<br><br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 41; subtract Line b from Line a and enter the result in Line 22. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs, First Car | $ 0.00 | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 41 | $ | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ 0.00 |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 22.<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 41; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs, Second Car | $ 0.00 | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 41 | $ | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ 0.00 |

| | | |
|---|---|---|
| 24 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 430.43 |
| 25 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $ 0.00 |
| 26 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ 0.00 |
| 27 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 43.** | $ 0.00 |
| 28 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ 0.00 |
| 29 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. Do not include payments made for children's education. | $ 0.00 |
| 30 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 33.** | $ 0.00 |

| 31 | **Other Necessary Expenses: telecommunication services:** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents. **Do not include any amount previously deducted.** | $ 0.00 |
|----|---|---|
| 32 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 31. | $ |

### Subpart B: Additional Expense Deductions under § 707(b)
### Note: Do not include any expenses that you have listed in Lines 19 through 31

| 33 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. | |
|----|---|---|

| a. | Health Insurance | $0.00 |
|----|---|---|
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |
| | | Total: Add Lines a, b and c |

| | | | $ 0.00 |
|---|---|---|---|

| 34 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 28.** | $ 0.00 |
|----|---|---|
| 35 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | $ 0.00 |
| 36 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 37 | **Education expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ 0.00 |
| 38 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 39 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ 0.00 |
| 40 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 33 through 39. | $ 0.00 |

### Subpart C: Deductions for Debt Payment

| 41 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. **Do not include items you have previously deducted, such as insurance and taxes.** | |
|----|---|---|

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment |
|----|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines a, b and c |

| | | | | $ 0.00 |
|---|---|---|---|---|

| 42 | **Past due payments on secured claims.** If any of the debts listed in Line 41 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page. | |
|----|---|---|

| | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount |
|----|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines a, b and c |

| | | | | $ 0.00 |
|---|---|---|---|---|

| 43 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | | $ 0.00 |
|---|---|---|---|

| 44 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ 0.00 |

| 45 | **Total Deductions for Debt Payment.** Enter the total of Lines 41 through 44. | $ 0.00 |
|---|---|---|

| **Subpart D: Total Deductions Allowed under § 707(b)(2)** | | |
|---|---|---|
| 46 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 32, 40, and 45. | $ |

| **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | | |
|---|---|---|
| 47 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 48 | Enter the amount from Line 46 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 49 | **Monthly disposable income under § 707(b)(2).** Subtract Line 48 from Line 47 and enter the result | $ |
| 50 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 49 by the number 60 and enter the result. | $ |
| 51 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 50 is less than $6,000** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 50 is more than $10,000.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 50 is at least $6,000, but not more than $10,000.** Complete the remainder of Part VI (Lines 52 through ). | |
| 52 | Enter the amount of your total non-priority unsecured debt | $ |
| 53 | **Threshold debt payment amount.** Multiply the amount in Line 52 by the number 0.25 and enter the result. | $ |
| 54 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 50 is less than the amount on Line 53.** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 50 is equal to or greater than the amount on Line 53.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| **Part VII. ADDITIONAL EXPENSE CLAIMS** | | |
|---|---|---|

| 55 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect you average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| | Total: Add Lines a, b, and c | $0.00 |

## Part VIII: VERIFICATION

I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*

Date: 03/29/06      Signature: _____
                                Alexander Steven Karp, (Debtor)

Date: 3/29/06       Signature: _____
                                Jill Marie Karp, (Joint Debtor, if any)

**Income from all other sources (continued)**

**Future payments on secured claims (continued)**

| | | Name of Creditor | Property Securing the Debt | 60-month Average Payment |
|---|---|---|---|---|
| | | | | |

**Past due payments on secured claims (continued)**

| | | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | | | | |

**Other Expenses (continued)**

| | | Expense Description | Monthly Amount |
|---|---|---|---|
| | | | |

| Agency 410 | | Sec.Level 200 | | | Check Sort | 00151 |
|---|---|---|---|---|---|---|
| Pay Period Begin Date | 02/19/06 | | | | Check Date | 03/16/06 |
| Pay Period End Date | 03/04/06 | Pay Period | 06-A | | Advice # | 64768657 |

## Employee Information

| | | | Tax Data | Federal | State |
|---|---|---|---|---|---|
| **KARP, ALEXANDER S** | | Seniority Date | Marital Status | Married | Married |
| | | Base Pay Rate | Exemptions | 1 | 2 |
| Schedule/Range | | Supp. Pay Rate | Additional Amt. Withheld | | |
| Job Title | | | | | |

## Hours and Earnings

| Description | Appt.# | Rate | Hours | Earnings |
|---|---|---|---|---|
| Regular Hours | | 13.242 | 80.00 | 1,059.36 |
| **Payroll Gross** | | | | **1,059.36** |

## Travel Reimbursement

| Description | Current | YTD |
|---|---|---|
| Travel Gross | | 0.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| | | |
| Total | 0.00 | |

## Post-Tax Deductions

| Description | Amount | Description | Amount |
|---|---|---|---|
| Retirement | ***** | | |
| Union Dues | 13.00 | | |
| Total | | | 13.00 |

## Tax Withholding

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 65.06 | 260.91 |
| WI Withholding | 52.56 | 210.59 |
| Social Security | 65.68 | 263.00 |
| Medicare | 15.36 | 61.51 |
| Total | 198.66 | |

## Pay Summary

| | |
|---|---|
| Total Gross | 1,059.36 |
| Total Deductions | 211.66 |
| Net Pay | 847.70 |

## YTD Grosses

| Description | Current | YTD |
|---|---|---|
| Payroll Gross | 1,059.36 | 4,241.94 |
| State Taxable Gross* | 1,059.36 | 4,241.94 |
| Federal Taxable Gross* | 1,059.36 | 4,241.94 |
| Soc. Sec. Gross* | 1,059.36 | 4,241.94 |
| Medicare Gross* | 1,059.36 | 4,241.94 |

* Imputed Taxable Life    (Life Cov.Over 50,000)
Included in Gross
** Subject to Soc. Sec./Medicare Tax

## Leave Activity

| Description | Bal. Beginning of P/P | Earned P/P | Used P/P | Bal. End of P/P |
|---|---|---|---|---|
| Sick Leave | 15:00 | 5:00 | | 20:00 |
| Vacation | *PROB* | | | |
| Personal Holiday | 36:00 | | 28:00 | 8:00 |
| Sat./Legal | 64:00 | | 16:00 | 48:00 |
| Comp. Time | 0:00 | | | 0:00 |
| Term./Sabb. | 0:00 | | | 0:00 |

Date of last leave transaction processed    03/03/06

***** State Pays All

64768657 410 200 00151
WI Dept of Corrections
P O Box 7925
Madison   WI   53707-7925

## State of Wisconsin

**Bi-Weekly Payroll**

### ELECTRONIC DEPOSIT ADVICE

March   16, 2006

| FUND | AGENCY | SUB | VOUCHER | DISTRIB | ADVICE NUMBER |
|---|---|---|---|---|---|
| 100 | 410 | 200 | 00006 | 00151 | 64768657 |

**NON NEGOTIABLE**

$**********847.70

20719
KARP, ALEXANDER S
1719 DUBLIN TRL #54
NEENAH          WI   54956

| Agency 410 | | Sec.Level 200 | | Check Sort | 00151 | |
| Pay Period Begin Date | 01/22/06 | | | Check Date | 02/16/06 | 375058 |
| Pay Period End Date | 02/04/06 | Pay Period 04-A | | Check # | B1989473 | |

## Employee Information

| | | | | Tax Data | Federal | State |
|---|---|---|---|---|---|---|
| **KARP, ALEXANDER S** | | Seniority Date | 01/09/06 | Marital Status | Married | Married |
| | | Base Pay Rate | 13.242 | Exemptions | 1 | 2 |
| Schedule/Range 05-31 | | Supp. Pay Rate | | Additional Amt. Withheld | | |
| Job Title CORRECTIONAL OFFICER | | | | | | |

## Hours and Earnings | Travel Reimbursement

| Description | Appt.# | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Hours | | 13.242 | 80.00 | 1,059.36 | | | |
| Payroll Gross | | | | 1,059.36 | Travel Gross | 0.00 | |

## Pre-Tax Deductions | Post-Tax Deductions

| Description | Current | YTD | Description | Amount | Description | Amount |
|---|---|---|---|---|---|---|
| | | | Retirement | ***** | | |
| | | | Union Dues | 13.00 | | |
| Total | 0.00 | | Total | | | 13.00 |

## Tax Withholding

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 65.06 | 130.12 |
| WI Withholding | 52.56 | 105.12 |
| Social Security | 65.68 | 131.36 |
| Medicare | 15.36 | 30.72 |
| Total | 198.66 | |

## Pay Summary

| | |
|---|---|
| Total Gross | 1,059.36 |
| Total Deductions | 211.66 |
| Net Pay | 847.70 |

## YTD Grosses

| Description | Current | YTD |
|---|---|---|
| Payroll Gross | 1,059.36 | 2,118.72 |
| State Taxable Gross* | 1,059.36 | 2,118.72 |
| Federal Taxable Gross* | 1,059.36 | 2,118.72 |
| Soc. Sec. Gross* | 1,059.36 | 2,118.72 |
| Medicare Gross* | 1,059.36 | 2,118.72 |

* Imputed Taxable Life    (Life Cov.Over 50,000)
Included in Gross
** Subject to Soc. Sec./Medicare Tax

## Leave Activity

| Description | Bal. Beginning of P/P | Earned P/P | Used P/P | Bal. End of P/P |
|---|---|---|---|---|
| Sick Leave | 0:00 | 5:00 | | 5:00 |
| Vacation | *PROB* | | | |
| Personal Holiday | 36:00 | | | 36:00 |
| Sat./Legal | 64:00 | | | 64:00 |
| Comp. Time | 0:00 | | | 0:00 |
| Term./Sabb. | 0:00 | | | 0:00 |

Date of last leave transaction processed    01/09/06

***** State Pays All

- Detach this stub before cashing check -

| Agency 410 | | Sec.Level 200 | | | Check Sort | | 00151 |
|---|---|---|---|---|---|---|---|
| Pay Period Begin Date 01/08/06 | | | | | Check Date | | 02/09/06 |
| Pay Period End Date 01/21/06 | | Pay Period 03-B | | | Check # | | B198B846 |

## Employee Information

**KARP, ALEXANDER S**

Schedule/Range  05-31
Job Title  CORRECTIONAL OFFICER

| | Seniority Date | 01/09/06 |
|---|---|---|
| | Base Pay Rate | 13.242 |
| | Supp. Pay Rate | |

### Tax Data

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Married | Married |
| Exemptions | | 1 | 2 |
| Additional Amt. Withheld | | | |

### Hours and Earnings

| Description | Appl.# | Rate | Hours | YTD | Earnings |
|---|---|---|---|---|---|
| Regular Hours | | 13.242 | 80.00 | 01/09/06 13.242 | 1,059.36 |

### Travel Reimbursement

| Description | Current | YTD |
|---|---|---|

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|

Payroll Gross          0.00

### Post-Tax Deductions

| Description | Amount | Description | Amount |
|---|---|---|---|
| Retirement | ***** | | |
| Union Dues | 13.00 | | |

Total          0.00

Travel Gross  0.00          1,059.36  Total  13.00

### Tax Withholding

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 65.06 | 65.06 |
| WI Withholding | 52.56 | 52.56 |
| Social Security | 65.68 | 65.68 |
| Medicare | 15.36 | 15.36 |

Total          198.66

### Pay Summary

| | |
|---|---|
| Total Gross | 1,059.36 |
| Total Deductions | 211.66 |
| Net Pay | 847.70 |

### YTD Grosses

| Description | Current | YTD |
|---|---|---|
| Payroll Gross | 1,059.36 | 1,059.36 |
| State Taxable Gross* | 1,059.36 | 1,059.36 |
| Federal Taxable Gross* | 1,059.36 | 1,059.36 |
| Soc. Sec. Gross* | 1,059.36 | 1,059.36 |
| Medicare Gross* | 1,059.36 | 1,059.36 |

### Leave Activity

| Description | Bal. Beginning of P/P | Earned P/P | Used P/P | Bal. End of P/P |
|---|---|---|---|---|
| Sick Leave | N/A | | | |
| Vacation | N/A | | | |
| Personal Holiday | N/A | | | |
| Sal./Legal | N/A | | | |
| Comp. Time | N/A | | | |
| Term./Sabb. | N/A | | | |

Date of last leave transaction processed

**** State Pays All      N/A = Not Available

## MAXAIR INCORPORATED

| REFERENCE | DATE | Current | YTD Description | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Hrs-Basic Pay | : | 72.37 | 72.37 | | Current | YTD |
| Hrs-Holiday | : | 8.00 | 8.00 | | | |
| HrsOT-Basic Pay | : | 9.00 | 9.00 | | | |
| Hourly Pay | : | 938.70 | 938.70 | | | |
| FICA Tax | : | 58.20 | 58.20 | | | |
| Federal Income Ta | : | 37.72 | 37.72 | | | |
| Medicare Tax | : | 13.61 | 13.61 | | | |
| State Income Tax | : | 43.48 | 43.48 | | | |
| Gross Pay | : | 938.70 | 938.70 | | | |
| Net Pay | : | 785.69 | 785.69 | | | |

| CHECK NO. | DATE | TOTALS ▶ | | GROSS | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | KARP, ALEXANDER S | 12/19/2005 - 1/ 1/2006 | | |

## MAXAIR INCORPORATED

| REFERENCE | DATE | Current | YTD Description | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Hrs-Basic Pay | : | 69.97 | 279.97 | | Current | YTD |
| Hrs-Holiday | : | 0.00 | 8.00 | | | |
| HrsOT-Basic Pay | : | 0.00 | 2.31 | | | |
| Hourly Pay | : | 699.70 | 2,914.35 | | | |
| FICA Tax | : | 43.38 | 180.69 | | | |
| Federal Income Ta | : | 14.59 | 69.91 | | | |
| Medicare Tax | : | 10.15 | 42.27 | | | |
| State Income Tax | : | 25.13 | 109.31 | | | |
| Gross Pay | : | 699.70 | 2,914.35 | | | |
| Net Pay | : | 606.45 | 2,512.17 | | | |

| CHECK NO. | DATE | TOTALS ▶ | | GROSS | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | KARP, ALEXANDER S | 12/ 5/2005 - 12/18/2005 | | |

## MAXAIR INCORPORATED

| REFERENCE | DATE | Current | YTD Description | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Hrs-Basic Pay | : | 73.37 | 210.00 | | Current | YTD |
| Hrs-Holiday | : | 8.00 | 8.00 | | | |
| HrsOT-Basic Pay | : | 1.23 | 2.31 | | | |
| Hourly Pay | : | 832.15 | 2,214.65 | | | |
| FICA Tax | : | 51.59 | 137.31 | | | |
| Federal Income Ta | : | 27.83 | 55.32 | | | |
| Medicare Tax | : | 12.07 | 32.12 | | | |
| State Income Tax | : | 35.17 | 84.18 | | | |
| Gross Pay | : | 832.15 | 2,214.65 | | | |
| Net Pay | : | 705.49 | 1,905.72 | | | |

| CHECK NO. | DATE | TOTALS ▶ | | GROSS | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | KARP, ALEXANDER S | 11/21/2005 - 12/ 4/2005 | | |

## MAXAIR INCORPORATED

ALEXANDER S KARP

| REFERENCE | DATE | DESCRIPTION | | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Description | | Current | YTD Description | | Current | YTD |
| Hrs-Basic Pay | : | 73.38 | 136.63 | | | |
| HrsOT-Basic Pay | : | 1.08 | 1.08 | | | |
| Hourly Pay | | 750.00 | 1,382.50 | | | |
| FICA Tax | : | 46.50 | 85.72 | | | |
| Federal Income Ta: | | 19.62 | 27.49 | | | |
| Medicare Tax | : | 10.88 | 20.05 | | | |
| State Income Tax | : | 28.84 | 49.01 | | | |
| Gross Pay | : | 750.00 | 1,382.50 | | | |
| Net Pay | : | 644.16 | 1,200.23 | | | |

| CHECK NO. | DATE | | GROSS | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | TOTALS ▶ | | | |
| | | KARP, ALEXANDER S | 11/ 7/2005 | – | 11/20/2005 |

---

## MAXAIR INCORPORATED

ALEXANDER S KARP

| REFERENCE | DATE | DESCRIPTION | | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Description | | Current | YTD Description | | Current | YTD |
| Hrs-Basic Pay | : | 63.25 | 63.25 | | | |
| Hourly Pay | : | 632.50 | 632.50 | | | |
| FICA Tax | : | 39.22 | 39.22 | | | |
| Federal Income Ta: | | 7.87 | 7.87 | | | |
| Medicare Tax | : | 9.17 | 9.17 | | | |
| State Income Tax | : | 20.17 | 20.17 | | | |
| Gross Pay | : | 632.50 | 632.50 | | | |
| Net Pay | : | 556.07 | 556.07 | | | |

| CHECK NO. | DATE | | GROSS | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | TOTALS ▶ | | | |
| | | KARP, ALEXANDER S | 10/24/2005 | – | 11/ 6/2005 |

```
Employer  . . . :  THE WACKENHUT CORPORATION
Employee  . . . :  079688237    KARP, ALEXANDER
Tax ID  . . . . :  079688237
Cycle . . . . . :  BWCC4              Pay Type  . . . :  H
Frequency . . . :  B                  Base Rate . . . :         13.0000
YTD Gross Pay . :      30,820.91      Sel. Gross Pay  :     30820.91
YTD Net Pay . . :      23363.56       Selected Net Pay:     23363.56

Begin Chk. Date :                     Ending Chk. Date:
Income Code . . :                     Deduction Code. :
```

| Clear/Void Status | Acct# | Check No. | Check Date | Gross Pay | Check Amt. | Opt |
|---|---|---|---|---|---|---|
| | CHK01 | | 11/11/2005 | .00 | .00 | _ |
| | CHK01 | | 10/28/2005 | .00 | .00 | _ |
| | CHK01 | 3451867 | 10/14/2005 | 520.00 | 520.00 | _ |
| | CHK01 | 3416172 | 9/30/2005 | 1664.00 | 1664.00 | _ |
| | CHK01 | 3405140 | 9/23/2005 | 78.00 | 78.00 | _ |
| | CHK01 | 3376469 | 9/16/2005 | 1586.00 | 1586.00 | _ |
| | CHK01 | 3353792 | 9/02/2005 | 1274.00 | 1274.00 | _ |
| | CHK01 | 3298433 | 8/19/2005 | 1274.00 | 1274.00 | _ + |

**F3=Exit     F8=Print     F10=Access**

Case 06-21358-mdm    Doc 1    Filed 04/03/06    Page 42 of 59

· ·Home > Self Service > Employee > View > View Paycheck

New Window

# View Paycheck

Jill Karp

| Request a Printed Pay Statement |

**Company:**
Convergys Cust Mgmt Group-US

| | |
|---|---|
| **Net Pay:** | $682.43 |
| **Pay Begin Date:** | 01/15/2006 |

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

| | |
|---|---|
| **Pay End Date:** | 01/28/2006 |
| **Check Date:** | 02/03/2006 |

View a Different Payment

## General

| | |
|---|---|
| **Name:** | Jill M Karp |
| **Employee ID:** | 100163455 |
| **Address:** | 1719 Dublin Trail #54 |
| | Neenah, WI 54956 |

| | |
|---|---|
| **Location:** | Appleton WI |
| **Job Title:** | Sales and Service Rep II |
| **Pay Rate:** | $11.00      Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pa |
|---|---|---|---|---|---|
| **Current** | 836.50 | 836.50 | 154.07 | | 682.4 |
| **YTD** | 2,451.69 | 2,451.69 | 447.50 | | 2,004.1 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Reg Earns | 75.88 | 11.000000 | 834.68 | 2,411.75 |
| Overtm 1.5 | 0.11 | 16.500000 | 1.82 | 39.94 |
| | | | | |
| **Total:** | **75.99** | | **836.50** | **2,451.69** |

### Taxes

| Description | Amount | YTD Amou |
|---|---|---|
| Fed Withholdng | 52.88 | 152.8 |
| Fed MED/EE | 12.13 | 35.5 |
| Fed OASDI/EE | 51.86 | 152.0 |
| WI Withholdng | 37.20 | 107.0 |
| | | |
| **Total:** | **154.07** | **447.5** |

| Before-Tax Deductions | | | After-Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amou |

* Taxable

**Total:**                  **Total:**                  **Total:**

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Amou |
|---|---|---|---|
| Direct Deposit | 1922609 | Checking | 682.4 |

**Payroll Home**

`·` Home > Self Service > Employee > View > View Paycheck

New Window

# View Paycheck

Jill Karp

| Request a Printed Pay Statement |

**Company:**
Convergys Cust Mgmt Group-US

**Net Pay:** $633.06
**Pay Begin Date:** 01/01/2006

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

**Pay End Date:** 01/14/2006
**Check Date:** 01/20/2006

View a Different Payment

## General

| | |
|---|---|
| **Name:** | Jill M Karp |
| **Employee ID:** | 100163455 |
| **Address:** | 1719 Dublin Trail #54 |
| | Neenah, WI 54956 |

| | |
|---|---|
| **Location:** | Appleton WI |
| **Job Title:** | Sales and Service Rep II |
| **Pay Rate:** | $11.00    Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pa |
|---|---|---|---|---|---|
| **Current** | 770.28 | 770.28 | 137.22 | | 633.0 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Earns | 66.56 | 11.000000 | 732.16 |
| Overtm 1.5 | 2.31 | 16.500000 | 38.12 |
| | | | |
| **Total:** | **68.87** | | **770.28** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 46.26 |
| Fed MED/EE | 11.17 |
| Fed OASDI/EE | 47.76 |
| WI Withholdng | 32.03 |
| | |
| **Total:** | **137.22** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| | |
| **Total:** | |

### After-Tax Deductions

| Description | Amount |
|---|---|
| | |
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Amou |
|---|---|---|---|
| Direct Deposit | 1909097 | Checking | 633.( |

**Payroll Home**

, ˌHome > Self Service > Employee > View > View Paycheck

New Window

# View Paycheck

Jill Karp

| Request a Printed Pay Statement |

**Company:**
Convergys Cust Mgmt Group-US

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

**Net Pay:** $688.70

**Pay Begin Date:** 12/18/2005

**Pay End Date:** 12/31/2005

**Check Date:** 01/06/2006

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Jill M Karp | | |
| **Employee ID:** | 100163455 | | |
| **Address:** | 1719 Dublin Trail #54 | | |
| | Neenah, WI 54956 | **Location:** | Appleton WI |
| | | **Job Title:** | Sales and Service Rep II |
| | | **Pay Rate:** | $11.00     Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pa |
|---|---|---|---|---|---|
| **Current** | 844.91 | 844.91 | 156.21 | | 688.7 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Earns | 76.81 | 11.000000 | 844.91 |
| **Total:** | **76.81** | | **844.91** |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 53.72 |
| Fed MED/EE | 12.25 |
| Fed OASDI/EE | 52.38 |
| WI Withholdng | 37.86 |
| **Total:** | **156.21** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

https://ea.convergys.com:7002/servlets/iclientservlet/eprod/?ICType=Panel&Menu=ROLE_...    2/8/2006

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Amou |
|---|---|---|---|
| Check | 4095372 | Issue Check | 688.7 |

**Payroll Home**

# View Paycheck

Jill Karp

| Request a Printed Pay Statement |

**Company:**
Convergys Cust Mgmt Group-US

| | |
|---|---|
| **Net Pay:** | $618.76 |
| **Pay Begin Date:** | 12/04/2005 |
| **Pay End Date:** | 12/17/2005 |
| **Check Date:** | 12/23/2005 |

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

View a Different Payment

## General

| | |
|---|---|
| **Name:** | Jill M Karp |
| **Employee ID:** | 100163455 |
| **Address:** | 1719 Dublin Trail #54 |
| | Neenah, WI 54956 |

| | |
|---|---|
| **Location:** | Appleton WI |
| **Job Title:** | Sales and Service Rep II |
| **Pay Rate:** | $11.00    Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pa |
|---|---|---|---|---|---|
| **Current** | 751.19 | 751.19 | 132.43 | | 618.7 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Earns | 68.29 | 11.000000 | 751.19 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 44.35 |
| Fed MED/EE | 10.89 |
| Fed OASDI/EE | 46.57 |
| WI Withholdng | 30.62 |

| | | | | |
|---|---|---|---|---|
| **Total:** | 68.29 | 751.19 | **Total:** | 132.43 |

| **Before-Tax Deductions** | | **After-Tax Deductions** | | **Employer Paid Benefits** | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amount |
| | | | | * Taxable | |
| **Total:** | | **Total:** | | **Total:** | |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Amou... |
|---|---|---|---|
| Check | 4084603 | Issue Check | 618.7 |

**Payroll Home**

Home > Self Service > Employee > View > **View Paycheck**

New Window

# View Paycheck

Request a Printed Pay Statement

Jill Karp

| | |
|---|---|
| **Net Pay:** | $554.02 |
| **Pay Begin Date:** | 11/20/2005 |
| **Pay End Date:** | 12/03/2005 |
| **Check Date:** | 12/09/2005 |

**Company:**
Convergys Cust Mgmt Group-US

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

View a Different Payment

## General

| | | | |
|---|---|---|---|
| **Name:** | Jill M Karp | | |
| **Employee ID:** | 100163455 | | |
| **Address:** | 1719 Dublin Trail #54 | | |
| | Neenah, WI 54956 | **Location:** | Appleton WI |
| | | **Job Title:** | Sales and Service Rep II |
| | | **Pay Rate:** | $11.00        Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 664.84 | 664.84 | 110.82 | | 554.02 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Earns | 60.44 | 11.000000 | 664.84 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 35.71 |
| Fed MED/EE | 9.64 |
| Fed OASDI/EE | 41.22 |
| WI Withholdng | 24.25 |

| | | | |
|---|---|---|---|
| **Total:** | 60.44 | 664.84 | **Total:** 110.82 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Check | 4073659 | Issue Check | 554.02 |

Case 06-21358-mdm     Doc 1     Filed 04/03/06     Page 51 of 59

Home > Self Service > Employee > View > View Paycheck

New Window

## View Paycheck

| Request a Printed Pay Statement |

Jill Karp

**Company:**
Convergys Cust Mgmt Group-US

**Address:**
4650 Montgomery Road
Cincinnati, OH 45212

| | |
|---|---|
| **Net Pay:** | $363.35 |
| **Pay Begin Date:** | 11/06/2005 |
| **Pay End Date:** | 11/19/2005 |
| **Check Date:** | 11/23/2005 |

View a Different Payment

### General

| | |
|---|---|
| **Name:** | Jill M Karp |
| **Employee ID:** | 100163455 |
| **Address:** | 1719 Dublin Trail #54 |
| | Neehah, WI 54956 |

| | |
|---|---|
| **Location:** | Appleton WI |
| **Job Title:** | Sales and Service Rep II |
| **Pay Rate:** | $11.00         Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **WI Marital Status:** | Married |
| **Fed Allowances:** | 0 | **WI Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WI Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WI Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 415.25 | 415.25 | 51.90 | | 363.35 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Earns | 37.75 | 11.000000 | 415.25 |
| **Total:** | **37.75** | | **415.25** |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 10.76 |
| Fed MED/EE | 6.02 |
| Fed OASDI/EE | 25.75 |
| WI Withholdng | 9.37 |
| **Total:** | **51.90** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Check | 4063095 | Issue Check | 363.35 |

Jill M. Karp    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    EMPL-5744    W/E DATE:11/16/05    136946

```
                                                    -------YTD-----
REGULAR   32 304.00   FED'L W/H  15.02              GROSS      655.50
                      F.I.C.A.   18.85              FICA        40.64
                      MEDICARE    4.41              FED TAX     34.79
                      STATE      10.02              STATE       23.55
                                                    CITY        00.00
                                                    MED'CRE      9.510
                                                    401K        00.00
                                                    NONTXBL     00.00
                                                    TAXABLE    655.50

11/07/05 11/11/05 Pitney Bowes          32.00           9.50         304.00
```

YTD HOURS:69.00

GROSS PAY:   304.00   DEDUCTIONS:48.30        NET PAY:255.70

Jill M. Karp    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    EMPL-5744    W/E DATE:11/16/05    136946

```
                                                    -------YTD-----
REGULAR   32 304.00   FED'L W/H  15.02              GROSS      655.50
                      F.I.C.A.   18.85              FICA        40.64
                      MEDICARE    4.41              FED TAX     34.79
                      STATE      10.02              STATE       23.55
                                                    CITY        00.00
                                                    MED'CRE      9.510
                                                    NONTXBL     00.00
                                                    TAXABLE    655.50

11/07/05 11/11/05 Pitney Bowes          32.00           9.50         304.00
```

YTD HOURS:69.00

GROSS PAY: 304.00   DEDUCTIONS:48.30        NET PAY:255.70

Jill M. Karp    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    EMPL-5744    W/E DATE:11/09/05    136573

------YTD-----

| | | | | | |
|---|---|---|---|---|---|
| REGULAR | 37 351.50 | FED'L W/H | 19.77 | GROSS | 351.50 |
| | | F.I.C.A. | 21.79 | FICA | 21.79 |
| | | MEDICARE | 5.10 | FED TAX | 19.77 |
| | | STATE | 13.53 | STATE | 13.53 |
| | | | | CITY | 00.00 |
| | | | | MED'CRE | 5.10 |
| | | | | 401K | 00.00 |
| | | | | NONTXBL | 00.00 |
| | | | | TAXABLE | 351.50 |

10/31/05 11/06/05 Pitney Bowes        37.00        9.50        351.50

YTD HOURS:37.00

GROSS PAY:   351.50   DEDUCTIONS:60.19        NET PAY:291.31



Jill M. Karp    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    EMPL-5744    W/E DATE:11/09/05    136573

-------YTD-----

| | | | | | |
|---|---|---|---|---|---|
| REGULAR | 37 351.50 | FED'L W/H | 19.77 | GROSS | 351.50 |
| | | F.I.C.A. | 21.79 | FICA | 21.79 |
| | | MEDICARE | 5.10 | FED TAX | 19.77 |
| | | STATE | 13.53 | STATE | 13.53 |
| | | | | CITY | 00.00 |
| | | | | MED'CRE | 5.10 |
| | | | | NONTXBL | 00.00 |
| | | | | TAXABLE | 351.50 |

10/31/05 11/06/05 Pitney Bowes        37.00        9.50        351.50

YTD HOURS:37.00

GROSS PAY: 351.50    DEDUCTIONS:60.19        NET PAY:291.31

9/26/2005

Jill M Van Asten **267.13

Two Hundred Sixty-Seven and 13/100***************************************************************************

Jill M Van Asten
9577 Cherry Blossom Terrrace
Boynton Beach, FL 33437

09/24/2005 - 10/07/2005 Pay Period

| Jill M Van Asten | | 9/26/2005 | YTD |
|---|---|---|---|
| 9577 Cherry Blossom Terrrace | Hourly Rate 1 (24.00@$13.00) | 312.00 | 19,878.00 |
| Boynton Beach, FL 33437 | Federal Withholding | -21.00 | -2,375.00 |
| | Social Security Employee | -19.35 | -1,232.44 |
| 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 | Medicare Employee | -4.52 | -288.23 |

Used / Available
Sick 0.00 / 0.00
Vac 0.00 / 0.00

Lancore Realty, Inc.
399 W. Palmetto Park Road
Suite #102
Boca Raton, Florida 33432

09/24/2005 - 10/07/2005 Pay Period 267.13

| Jill M Van Asten | | 9/26/2005 | YTD |
|---|---|---|---|
| 9577 Cherry Blossom Terrrace | Hourly Rate 1 (24.00@$13.00) | 312.00 | 19,878.00 |
| Boynton Beach, FL 33437 | Federal Withholding | -21.00 | -2,375.00 |
| | Social Security Employee | -19.35 | -1,232.44 |
| 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 | Medicare Employee | -4.52 | -288.23 |

Used / Available
Sick 0.00 / 0.00
Vac 0.00 / 0.00

Lancore Realty, Inc.
399 W. Palmetto Park Road
Suite #102
Boca Raton, Florida 33432

09/24/2005 - 10/07/2005 Pay Period 267.13

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re: **Alexander Steven Karp   Jill Marie Karp**

Debtors

Case No. _____

Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  2000 Ford Mustang | **Navy Federal Credit Union** | X | | | |
| 2.  2001 GMC Sierra | **Wachovia Dealer Financial Services** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| 1. Lease | **Premier** | X |

Date: _03/29/06_

_____
Signature of Debtor

Date: _3/29/06_

_____
Signature of Joint Debtor

In re:       **Alexander Steven Karp**          **Jill Marie Karp**      Case No. _____

                                                                      Chapter     **7**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

     ☑ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☐ Debtor                ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    [Other provisions as needed]
            **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

     **Avoidence Leins, Satisfaction of Judgment, Adversary Proceedings**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _3-29-06_____

                                                    _____

                                          **Robert J. Sisson, Bar No. 1031127**

                                          **Law Office of Robert J. Sisson**
                                          Attorney for Debtor(s)

**Christopher L. Austin**
**Clerk**

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

**Office of the Clerk**

*126 U.S Courthouse*
*517 E. Wisconsin Ave.*
*Milwaukee, WI 53202-4581*
*Fax 414-297-4040*
*Phone 414-297-3291*
*www.wieb.uscourts.gov*

## SUMMARY INFORMATION SHEET

Chapter: _____ 7 _____    County Code Number: **55139**    Case Number: _____
(see reverse side)

Debtor(s) Name: **Alexander Steven Karp, Jill Marie Karp** _____
Debtor(s) Phone Number: **920-725-2441** _____
Non Filing Spouse Name: _____
         Address: _____
_____
_____
_____

Non Filing Spouse SS#: _____

Do **assets** require the immediate protection/attention of the Trustee?    ☐ Yes    ☑ No
If yes, what is the asset: _____

Has anyone received compensation for services rendered in this case?    ☐ Yes    ☑ No

Is this petition related to another pending case or a case that was
filed in the last five years?    ☐ Yes    ☑ No

The question above includes a petition in bankruptcy which was filed by the spouse of the debtor.
If yes, that case number is:    **NONE**

---

### Proposed Payment to the Trustee (chapter 13 cases only)

☐ Weekly    ☐ Bi-Weekly    ☐ Semi-Monthly    ☐ Monthly

Dollar amount: _____

Type of Payment:    ☐ Payroll Deduction    ☐ Debtor Direct

If Payroll Deduction, are the payments from the:    ☐ Debtor    ☐ Joint-Debtor



United States Bankruptcy Court
RECEIVED
APR - 3 2006
Mail

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.      The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 03/29/06 | _[signature]_ | |
| Date | Signature of Debtor | Case Number |
| 3/29/06 | _[signature]_ | |
| Date | Signature of Joint Debtor | |